IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN, Jr.

    Petitioner,                   No. CIV S-09-1912 KJM P

    vs.

FRANCISCO JACQUEZ, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis and two motions to stay the proceedings.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Petitioner asks for an order staying this action to allow him to complete the exhaustion process for three of the four issues in the petition. This is appropriate. Rhines v. Weber, 544 U.S. 269, 277 (2005).

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis (docket no. 2) is granted;

2. Petitioner's motions to stay this action (docket nos. 3 & 7) are granted;

3. Within ninety days of the date of this order, petitioner shall file a status report on the progress of the state exhaustion petition.

4. If the state exhaustion proceeding is not completed within one hundred eighty days of the date of this order, petitioner shall file a second status report, and further reports at ninety day intervals thereafter until the exhaustion process is completed.

5. Within thirty days of the California Supreme Court's resolution of the state action, petitioner shall file a motion to lift the stay together with either a motion to dismiss the action or a motion to file an amended petition, along with the proposed amended petition.

DATED: October 13, 2009.

_____
U.S. MAGISTRATE JUDGE

2

semi1912.sty