IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

      Petitioner,                       No. CIV S-09-CV-1912 GEB CHS P

      vs.

FRANCISCO JACQUEZ,

      Respondent.                   ORDER

_____/

      Petitioner, Anthony Marvell Semien, is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the constitutionality of his 2006 jury convictions for evading a police officer with reckless driving, threatening injury to an officer, resisting an officer, and threatening to commit a crime resulting in death or great bodily injury, with penalty enhancements for prior convictions and prior prison terms.

      After reviewing the record, it does not appear that complete copies of the transcripts of both of Petitioner's *Marsden* hearings have been lodged in the record.

      Therefore, IT IS ORDERED that Respondent lodge a complete copy of the transcripts of Petitioner's May 16, 2006 and August 9, 2006 *Marsden* hearings within 21 days of the date of this order.

DATED: July 27, 2011

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

1