IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARVELL SEMIEN,

    Petitioner,                        No. CIV S-09-CV-1912 GEB CHS P

    vs.

FRANCISCO JACQUEZ,

    Respondent.                     <u>ORDER</u>

_____/

        Petitioner, Anthony Marvell Semien, is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently serving a cumulative sentence of eighty-seven years to life with the possibility of parole following his 2006 jury convictions for evading a police officer with reckless driving, threatening injury to an officer, resisting an officer, and threatening to commit a crime resulting in death or great bodily injury, with penalty enhancements for prior convictions and prior prison terms. With his petition, Petitioner presents various claims challenging the constitutionality of his conviction.

        The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On November 10, 2011, the undersigned filed findings and recommendations which recommended that the petition be denied. On November 30, 2011, Petitioner filed objections to the magistrate judge's findings and recommendations, and on

1

1  December 8, 2011, he filed a notice of appeal.  The findings and recommendations have not been
2  adopted, rejected, or modified by the assigned United States District Court Judge and, therefore,
3  judgment has not yet become final in this case.  *See* 28 U.S.C. § 636(b)(1)(C).  The district court
4  judge, after conducting a de novo review of the case, "may accept, reject, or modify, in whole or in
5  part, the findings and recommendations made by the magistrate judge." *Id*.  Thus, Petitioner is
6  advised that the appropriate time in which to file a notice of appeal is within thirty days of an order
7  issued by the district court judge finalizing the magistrate judge's findings and recommendations.
8  FED. R. APP. P. 4(a)(1)(A).

9  Accordingly, IT IS HEREBY ORDERED that Petitioner's notice of appeal is struck
10 from the record as untimely, with leave to re-file within the statutorily designated time frame
11 described above.

12 DATED: December 29, 2011

*/s/ Charlene H. Sorrentino*
CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE

2